**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6527**

_____

ABIR ALI,

        Plaintiff - Appellant,

    v.

ESKER LEE TATUM, Warden; JOHN DOE,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:24-cv-00073-DJN-MRC)

_____

Submitted:  February 27, 2025          Decided:  March 3, 2025

_____

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Abir Ali, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abir Ali, a Virginia inmate, appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint for failure to comply with the court's prior order directing Ali to pay the partial filing fee.* Our review of the district court's docket reveals that, shortly after entry of the dismissal order, Ali demonstrated his attempt to timely comply with the payment order and paid the fee. The district court thus vacated the dismissal order and reinstated Ali's § 1983 complaint. Ali's § 1983 action remains ongoing in the district court. Because the district court effectively granted Ali the only relief he could have obtained on appeal, we dismiss this appeal as moot. *CVLR Performance Horses, Inc. v. Wynne*, 792 F.3d 469, 474 (4th Cir. 2015) ("Litigation may become moot during the pendency of an appeal when an intervening event makes it impossible for the court to grant effective relief to the prevailing party."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

\* The order of dismissal without prejudice is a final, appealable order because the court did not grant leave to amend. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc).